**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE:  **SABA B. HASHEM** | ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 16-91027-PBS |

**NOTICE OF FILING OF DISCIPLINARY ACTION**

Notice is hereby given to **SABA B. HASHEM,** of the filing with the United States District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED: February 2, 2016    BY: _/s/ Robert M. Farrell_
                              Robert M. Farrell
                              Clerk of Court