UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In Re: Saba B. Hashem                    Misc. Business Docket

                                                                                                                                No.: 16-mc-91027-PBS

NOTICE OF APPEARANCE

The undersigned hereby appear as counsel on behalf of Saba B. Hashem in the above matter.

                                                        Respondent
                                                        Saba B. Hashem

Dated: February 25, 2016

                                                       James S. Bolan, Esq.  BBO. No. 048340
                                                       Sara N. Holden, Esq.  BBO. No. 658640
                                                       Brecher, Wyner, Simons, Fox & Bolan, LLP
                                                       189 Wells Avenue
                                                       Newton, MA  02459
                                                       (617) 614-1500