# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IN RE: **SABA B. HASHEM** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No: 16-mc-91027-PBS |

## ORDER OF IMMEDIATE TEMPORARY SUSPENSION

WHEREAS, on January 7, 2016, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Immediate Temporary Suspension with respect to Attorney **SABA B. HASHEM.**

1. WHEREAS, pursuant to Local Rule 83.6.9, on February 2, 2016, a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **SABA B. HASHEM;**

2. WHEREAS, on February 5, 2016, the certified mail package was signed for and delivered;

3. WHEREAS, **SARA B. HASHEM** has failed to object or otherwise respond within twenty-eight days.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **SABA B. HASHEM** is hereby Suspended from the practice of law before this court until further notice.

_3/24/16_  
Date

_/s/ Patti B. Saris_  
Patti B. Saris, Chief Judge