COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.
                                          SUPREME JUDICIAL COURT
                                          FOR SUFFOLK COUNTY
                                          NO: BD-2015-114

IN RE: Saba B. Hashem

ORDER OF TERM SUSPENSION

This matter came before the Court, Spina, J., on an Information and Record of Proceeding pursuant to S.J.C. Rule 4:01, § 8(6), with the Recommendation and Vote of the Board of Bar Overseers and the stipulation of the parties filed by the Board on July 25, 2016. Upon consideration thereof, it is ORDERED that:

Saba B. Hashem is hereby suspended from the practice of law in the Commonwealth of Massachusetts for a period of eighteen (18) months retroactive to December 29, 2015, the date of his temporary suspension, on the condition that he not be reinstated to the practice of law in the Commonwealth of Massachusetts until the successful completion of his term of probation in the underlying criminal matter in the Haverhill District Court Docket No: 1518CR005682.

By the Court, (Spina, J.)

Maura S. Doyle, Clerk

A True Copy
Attest
7-27-16
Date      Assistant Clerk

Entered: July 27, 2016